# THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA
# (THE HONORABLE JINSOOK OHTA)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EDWARD LAMAR ROOPE,<br><br>Defendant. | Case No. 23CR02094-JO<br><br>[PROPOSED] ORDER GRANTING JOINT MOTION TO WAIVE PSR AND PROCEED WITH SENTENCING WITH A CHR [Doc 31] |

**GOOD CAUSE HAVING BEEN SHOWN**, it is hereby **ORDERED** that the Joint Motion by the Parties to waive the PSR and proceed to sentencing with a Criminal History Report on November 17, 2023, at 1:30 PM [ECF 31], is hereby granted.

Date: 10/18/23

_____
HON. JINSOOK OHTA
U.S. District Court Judge